William Kiel, Mayer, Cooper & Kiel, Louisville, for appellant.

Frank A. Logan, Louisville, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**LOUISVILLE WATER COMPANY, Appellant,**

v.

**COMMONWEALTH, DEPT. OF REVENUE and Kentucky Board of Tax Appeals, Appellees.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Henry R. Heyburn, Randolph A. Brown, Mark B. Davis, Jr., Louisville, for appellant.

Norris A. Harmon, Dept. of Revenue, William S. Riley, Asst. Atty. Gen., William F. Gadd, Dept. of Revenue, Frankfort, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

**Billy D. WILLIAMS, d/b/a Billy D. Williams Builder & Developer, Inc., Appellants,**

v.

**Calvin L. OLIVER, Appellee.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

John W. Fleck, Louisville, for appellants.

Allen Schmitt, Schmitt & Sandmann, Louisville, for appellee.

Memorandum Opinion by Special Commissioner STEPHEN P. WHITE, JR., Affirming.*

**Charles J. PERSINGER and Helen Persinger, Appellants,**

v.

**C. H. FARLEY, Appellee.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

James B. Todd, Pikeville, for appellants.

Kelsey E. Friend, Pikeville, for appellees.

Memorandum Opinion of the Court by Special Commissioner E. SKILES JONES, Affirming.*

* Opinion ordered not to be published.